IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROMULUS NEDEA,            CASE NO. 2:04-cv-437
                                       JUDGE SARGUS
      Petitioner,               MAGISTRATE JUDGE ABEL

v.

OHIO ADULT PAROLE AUTHORITY,

      Respondent;

ROMULUS NEDEA,            CASE NO. 2:04-cv-573
                                       JUDGE MARBLEY
      Petitioner,               MAGISTRATE JUDGE KEMP

v.

A. TAMBI, Warden,

      Respondent.

### OPINION AND ORDER

On March 29, 2004, the Magistrate Judge issued a *Report and Recommendation* recommending that these consolidated habeas corpus actions be dismissed. Petitioner has objected to that recommendation. Petitioner objects to all of the Magistrate Judge's recommendations. Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner.

For the reasons discussed at length in the Magistrate Judge's *Report and Recommendation*, petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This case is hereby **DISMISSED**.

                                                           4-21-2005
                                           Edmund A. Sargus, Jr.
                                           **United States District Judge**